JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DANIEL J. RISH and KIM B. ELLIS,<br><br>           Debtors,<br><br>STEPHEN PAZIAN and JOHN LABBETT, individuals,<br><br>           Plaintiffs,<br>   vs.<br><br>DANIEL J. RISH and KIM B. ELLIS, individuals,<br><br>           Defendants. | Case No.: CV 05-2855 AHS (RZx)<br><br>**JUDGMENT AGAINST DEFENDANTS, DANIEL J. RISH AND KIM B. ELLIS** |

It having been stipulated by and between Plaintiff, Stephen Pazian, on the one hand, and Defendants, Daniel J. Rish and Kim B. Ellis, on the other hand, that Judgment be entered against Rish and Ellis pursuant to that certain Settlement Agreement dated April 6, 2008, AND GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

CORRIGAN & MORRIS LLP
201 Santa Monica Blvd. Suite 475
Santa Monica. Ca. 90401-2212

JUDGMENT - 1

1. Defendants owe Plaintiff under the terms of the Settlement Agreement dated on or around October 21, 2003, more than $1,500,000. By stipulation of the Parties, Judgment is hereby entered in favor of Plaintiff and against Defendants, Daniel Rish and Kim Ellis, in that amount.

2. All such obligations shall be deemed non-dischargeable as to defendant, Daniel Rish, under Bankruptcy Code section 523(a)(2), (a)(4) and (a)(6), but not as to defendant, Kim Ellis. However, if Plaintiff proves to this Court, in the future, that the representations and warranties made by Kim Ellis under the Settlement Agreement dated April 6, 2008, were materially false or misleading and/or omitted material facts related to the financial condition of Kim Ellis and Dan Rish, then this Court reserves jurisdiction to amend this Judgment to determine that this Judgment shall be non-dischargeable as to Kim Ellis, in addition to Dan Rish.

3. If and to the extent that Defendants own or control non-exempt assets as of the date of the entry of this Judgment, Defendants shall turn over such assets to Plaintiff, forthwith, in whole or partial satisfaction of this Judgment, and the obligation to do so shall not be dischargeable under Bankruptcy Code section 523(a)(2), (a)(4) and/or (a)(6).

4. Per the Parties' Settlement Agreement, no costs are awarded to any party.

Dated: April 9, 2008

**ALICEMARIE H. STOTLER**
Alicemarie H. Stotler
Chief Judge, U.S. District Court

JUDGMENT - 2